MEMORANDUM OPINION




No. 04-03-00468-CV



PERRY KESSLER CONSTRUCTION, INC.,


Appellant



v.



Deborah BAUER,


Appellee



From the 45th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CI-10167


Honorable Martha Tanner, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: May 19, 2004


REVERSED and REMANDED

 The parties have filed a joint motion stating that appellee no longer wishes to contest the
appeal. They request that the trial court's default judgment against appellant be reversed, and that
the cause be remanded for further proceedings. The motion is granted. The default judgment of the
trial court signed on December 16, 2002, is reversed, and the cause is remanded to the trial court for
further proceedings. See Tex. R. App. P. 42.1(a)(2)(B). Costs of appeal are taxed against the parties
who have incurred them.

 PER CURIAM